IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA KINNARD,<br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>    Defendant. | )<br>)<br>)<br>)  Case No. 3:15-0036<br>)<br>)  Judge Sharp<br>)<br>)<br>) |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 8), recommending that this action be dismissed without prejudice pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.01. Neither party has filed any objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

    (1) The R & R (Docket No. 8) is hereby ACCEPTED and APPROVED;

    (2) This action is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE